# *Ex parte* Burnett.

## *Certiorari.*

(Decided April 10, 1913. 61 South. 920.)

*Certiorari; Court of Appeals; Questions; Reviewable.*—The Supreme Court will not review on certiorari the findings of the fact made by the court of appeals, and hence, will review nothing except errors of law which inhere in their conclusion.

Certiorari to Court of Appeals.

Petition by Blaine Burnett for certiorari to the Court of Appeals to review its judgment in the case of *So. Ry. Co. v. Blaine Burnett*, reported in 6 Ala. App. 568; 60 South. 472. Writ denied.

RIDDLE, ELLIS, RIDDLE & PRUET, for appellant. Counsel discuss the merits of the appeal, together with citation of authority, all of which are set out in the brief of appellee as reported in 6 Ala. App. 568, but do not discuss the proposition here decided.

PETTUS, FULLER & LAPSLEY, for appellee. No error of law inheres in the opinion as appears from the opinion itself, and this court will not on certiorari under-

take to review the finding of the Court of Appeals on the facts.

McCLELLAN, J.—Petition for certiorari to the Court of Appeals, by the appellee therein, in the cause of *Southern Railway Company v. Blaine Burnett,* 6 Ala. App. 568, 60 South. 472. Upon due consideration we find that no error of *law* inheres in the conclusions prevailing there. The findings of fact, by the Court of Appeals, upon the record before it, are not matters of review here.—*Ex parte Steverson,* 177 Ala. 384, 58 South. 992; *Ex parte State,* 181 Ala. 5, 61 South. 53.

The petition is denied. All the Justices concur, except DOWDELL, C. J., not sitting.